# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MMP, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-05911-DSF-SS<br><br>**[ORDER GRANTING REQUEST TO EXTEND TIME TO FILE MOTION FOR ENTRY OF DEFAULT BY TEN (10) DAYS** |

Upon considering Plaintiff's request to extend deadline to file a noticed motion for entry of default judgment, and finding good cause:

IT IS HEREBY ORDERED THAT the Court shall extend Plaintiff's deadline to a noticed motion for entry of default judgment for 10 days to February 1, 2018.

DATED: 1/22/18    *Dale S. Fischer*
_____    _____
                         Honorable Dale S. Fischer
                         United States District Court

1
[PROPOSED] ORDER GRANTING REQUEST TO EXTEND
PLAINTIFF'S TIME TO FILE MOTION FOR ENTRY OF DEFAULT