Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Craig G. Cote, Esq. (State Bar No. 132889)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MMP, LLC, a California limited liability company, and DOES 1-10, inclusive, <br><br> Defendants. | CASE No.: 2:17-CV-05911-DSF-SS <br><br> **Index of Exhibits in Support of Plaintiff's Application for Default Judgement** |

DEFAULT JUDGMENT EXHIBITS

**TABLE OF EXHIBITS**

Exhibit 1……………..…………….Declaration of Attorney Joseph R. Manning, Jr.

Exhibit 2…………………………..…………Declaration of Carmen John Perri

Exhibit 3……………………………………………………….…………Photos

Exhibit 4……………………………………………………..….……Public Records

DEFAULT JUDGMENT EXHIBITS