# EXHIBIT A



**Manning Law Office, APC**
4667 MacArthur Blvd, Suite 150
Newport Beach, CA 92660
(949) 200-8755

| CLIENT: | Carmen John Perri v. MMP, LLC, Case No. 2:17-CV-05911-DSF-SS |
|---|---|
| ACCOUNTING: | ATTORNEY HOURS WORKED/Hourly Value |
| HOURLY RATE: $425 | |

| Date | Task | Attorney | Hours |
|---|---|---|---|
| 7/27/2017 | Reviewed information received from client | JRM | 0.5 |
| 7/28/2017 | Met with client; discussed his case; discussed his contacts with the geographical area for standing and his likelihood of returning to maintain federal jurisdiction | JRM | 1.2 |
| 7/31/2017 | Drove to and walked the site to conduct an assessment of the allegations and took photographs | JRM | 1.5 |
| 8/3/2017 | Conducted research of public records to determine idenities of business owner and owner of the real property | JRM | 1.6 |
| 8/4/2017 | Drafted the complaint | JRM | 1 |
| 8/3/2017 | Reviewed and executed the front matter (civil case coversheet, summons, etc.) | JRM | 0.1 |
| 8/11/2017 | Reviewed court-issued summons, Notice of Assignment, Standing order, and Notice to parties re ADA access litigation | JRM | 0.2 |
| 11/27/2017 | Reviewed and executed the Request for Entry of Default | JRM | 0.2 |
| | Reviewed OSC re Dismissal for lack of prosecution | JRM | 0.1 |
| 1/19/2018 | Reviewed, executed, and directed staff to file request for extention of time to file Noticed Motion for Entry of Default Motion | JRM | 0.2 |
| 1/31/2018 | Drafted delcaration on behalf of client in support of Plaintiff's Application for Entry of Default Judgment; Contacted client to execute declaration | JRM | 0.6 |
| 1/31/2018 | Drafted notice of motion and motion for application for entry of Default Judgment, and declaration in support; compiled exhibits; instructed staff to file. | JRM | 3 |
| | | | |
| | **Litigation Expenses** | | |
| | Filing Fees | | |
| | Service Cost | | |
| | | | |

| Total Bill | |
|---|---|

| Billing Amount |
| --- |
| $212.50 |
| $510 |
| $637.50 |
| $680 |
| $425 |
| $42.50 |
| $85 |
| $85 |
| $42.50 |
| $85 |
| $255 |
| $1,275 |
| |
| |
| $400 |
| $40 |
| |
| |

$4,775