JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MMP, LLC,<br><br>　　　　Defendant.<br>_____ | Case No.: CV 17-5911 DSF (SSx)<br><br><br>JUDGMENT |

　　The Court having granted Plaintiff's motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be entered against Defendant MMP, LLC and in favor of Plaintiff for $4,000 in statutory damages. Defendant MMP, LLC is further ORDERED to provide accessible disabled parking spaces and an accessible path of travel at the property located at or about 13350 W. Washington Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: March 15, 2018

_____
Dale S. Fischer
United States District Judge